**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 7 MM 2020
:
Respondent :
:
:
v. :
:
:
:
JEFFREY RAPACH, :
:
Petitioner :

**ORDER**

**PER CURIAM**

**AND NOW**, this 14th day of April, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within 5 days, subject to any filing extensions conferred by this Court in connection with the declaration of the general statewide judicial emergency. *See* 533 Judicial Administration Docket.